UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>      Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 25-2430 (JMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Erika Oblea, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: August 28, 2025

                                      Respectfully Submitted,

                                      */s/ Erika Oblea*
                                      ERIKA OBLEA
                                      Assistant United States Attorney
                                      D.C. Bar #1034393
                                      601 D Street, N.W., 7th Floor
                                      Washington, D.C. 20530
                                      Tel: (202) 252-2567
                                      Email: Erika.Oblea@usdoj.gov

                                      *Counsel for the Defendant*