UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 25-2430 (JMC) |

**MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by thirty days—i.e., until October 2, 2025. The grounds for this motion are as follows.

Plaintiff filed this suit on July 27, 2025, and served the U.S. Attorney's Office on or about July 31, 2025. Plaintiff brings this case under the Freedom of Information Act ("FOIA"), Privacy Act, the Administrative Procedure Act ("APA"), the Declaratory Judgment Act, and the All Writs Act. Defendant's deadline to respond to the Complaint is currently September 2, 2025.

There is good cause for the relief requested. The undersigned counsel was only assigned to this case the afternoon of Wednesday, August 27, 2025, when the undersigned counsel was out of the office on leave and traveling out of town. The undersigned counsel does not return to the office until September 2, 2025. That said, the undersigned counsel has already reached out to the relevant agency about this matter. Nonetheless, the undersigned counsel needs additional time to confer with the relevant agency on this matter, explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to the Complaint. The undersigned counsel carries a voluminous docket of approximately ninety-four cases, which involve several deadlines

for dispositive briefing, responsive pleadings, joint status reports, among other things, in the next month. This additional time is also needed as any responsive filing will also need to be reviewed and approved by the appropriate official at the U.S. Attorney's Office and at the agency.

Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with counsel for Plaintiff on this matter. Plaintiff's position is as follows: "Please state that Plaintiff offered to consent to the motion on the condition that the FBI would provide estimated dates of completion for the two requests in question, but opposes the relief sought otherwise." The undersigned counsel however cannot agree to Plaintiff's condition at this time. As noted above, the undersigned counsel still needs to confer with the agency about the requests at issue in the Complaint.

Defendant proposes this extension in good faith and not for the purpose of delay.  This is Defendant's first request for an extension in this matter.  Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

*   *   *

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including October 2, 2025. A proposed order is enclosed herewith.

Dated: August 28, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Erika Oblea*
ERIKA OBLEA, DC BAR #1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*

- 3 -