UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 25-2430 (JMC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to respond to the complaint in this action, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including October 2, 2025, to respond to the Complaint in this action.

SO ORDERED.

_____　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge