UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 25-cv-02430 |

## JOINT STATUS REPORT

Pursuant to the Court's November 25, 2025, Order, Plaintiff Jeffrey Stein and Defendant Department of Justice, by and through the undersigned counsel, respectfully file this Joint Status Report in this Freedom of Information Act ("FOIA") matter.

This case concerns Plaintiff's (1) May 28, 2020 FOIA request to Federal Bureau of Investigation ("FBI") for "all information maintained or controlled by FBI mentioning Mr. Stein, including but not limited to emails mentioning his name sent or received" by certain officials, which was assigned 1467530-000, and later 1467530-001; and (2) October 14, 2023, FOIA request to the FBI for "ALL tabs of [the FOIA Document Processing System], including empty ones, associated with his FOIA Request No. 1467530 (including all numbers after the hyphen, e.g. -000, -001, -002)" Compl. ¶¶ 7, 10, 16, 60, ECF No. 1.

FBI has completed it search in response to both requests. FBI is reviewing the records for responsiveness and duplicates. Once that review is complete, FBI will be able to provide an estimate of the total number of pages for processing and an expected processing schedule, and estimates that it will be able to do so in the parties' next Joint Status Report.

Given these updates, the parties believe that summary judgment briefing and the filing

of a *Vaughn* Index are premature. The parties propose that they file their next Joint Status Report in thirty days, or on or before January 8, 2026, to report on the status of FBI's processing and production.

Dated: December 9, 2025

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Attorneys for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*