UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

        Plaintiff,

v.

DEPARTMENT OF JUSTICE,

        Defendant.

Case No. 25-cv-2430 (JMC)

## SCHEDULING ORDER

**I.   CASE DEADLINES**

It is hereby **ORDERED** that the Parties shall file a joint status report by January 8, 2026, and every 90 days thereafter until further order of the Court.

**II.   COMMUNICATIONS WITH CHAMBERS**

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates.

**III.   MEDIATION**

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

    **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 10, 2025