UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 25-2430 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 10, 2025, Order, Plaintiff Jeffrey Stein and Defendant Department of Justice, by and through the undersigned counsel, respectfully file this Joint Status Report in this Freedom of Information Act ("FOIA") matter.

This case concerns Plaintiff's (1) May 28, 2020 FOIA request to Federal Bureau of Investigation ("FBI") for "all information maintained or controlled by FBI mentioning Mr. Stein, including but not limited to emails mentioning his name sent or received" by certain officials, which was assigned 1467530-000, and later 1467530-001; and (2) October 14, 2023, FOIA request to the FBI for "ALL tabs of [the FOIA Document Processing System], including empty ones, associated with his FOIA Request No. 1467530 (including all numbers after the hyphen, e.g. -000, -001, -002)" Compl. ¶¶ 7, 10, 16, 60, ECF No. 1.

**Defendant's Position**

As previously reported, FBI has completed it search in response to both requests. FBI is still conducting its review of the records for responsiveness and duplicates. This review may alter the count of pages that are responsive to the request, but the FBI anticipates being able to report a page count in the next JSR. FBI anticipates making its first production of any nonexempt

portions of responsive records on or before April 30, 2026 and anticipates processing 250 pages per month thereafter.

The FBI's standard processing rate is 250 pages per month. The FBI currently employs 210 Government Information Specialists ("GISs"), with support from 95 contractors, to process requests for FBI information under the FOIA and Privacy Acts and to conduct classification and declassification reviews. Perfected FOIPA requests are typically worked by at least two units and require action by multiple employees during their lifecycle. 28. Operationally, the FBI has one of the largest and most complex FOIPA programs in the federal government, reviewing approximately one million pages annually for dissemination to the public. Despite this effort, the FBI's FOIPA program cannot keep pace with the increasing public demand for FBI records accompanied by more FOIPA litigations for these records.

Moreover, on October 20, 2023, the Deputy Attorney General sent a memorandum to several DOJ components, including the FBI, requiring each component to reduce its FOIA backlog to September 2018 levels no later than December 15, 2025. Given this mandate, and the continued growth in the volume and complexity of FOIPA requests and litigations received by the FBI over the last six years, the FBI reevaluated its business practices, to include its long-standing interim release policy ("IRP") of 500 pages per month with the program goal of reducing the size of its FOIA backlog while maximizing the release of information to the most requesters.

The FBI FOIPA program has experienced sustained growth in the volume of incoming FOIPA requests and litigation cases from fiscal year ("FY") 2018 to present. Notably, in FY 2022, the FBI received its highest number of requests ever—43,363 FOIPA requests, a 33% increase in requests from FY 2018. In FY 2023, the FBI received 40,425 requests; in FY 2024, the FBI received 32,167 requests; as the end of FY 2025 approaches, the FBI anticipates it will have

received approximately 40,000 FOIPA requests, solidifying the high public demand for access to FBI records. Coupled with this large number of requests for records is a 66% increase in FOIPA litigation *case*s since FY 2018, which significantly impacts the FBI's ability to equitably and timely respond to all requesters. In FY2025, litigated *cases* consumed approximately 44% of the overall *pages* reviewed to date, negatively impacting the FBI's ability to respond equitably to all requests and reduce its backlog.

As a result, the backlog, or amount of unaddressed work, exceeded 10,000 pending requests at the end of FY 2024. Despite a steady increase in workload, however, funded staffing levels have remained relatively unchanged since FY 2018 with a .015% increase over the last five FYs. The FBI submitted budget enhancement requests to supplement FOIPA staffing in FYs 2024, 25 and 26 to address this staffing gap; none of the enhancement requests were funded.

In this light, coupled with the high-volume of FOIPA requests, the amount of unaddressed work, and the Department's backlog reduction mandate, the FBI (i) readjusted its administrative queue structure to focus its finite resources where most requests reside and (ii) revised its IRP from 500 to 250 pages reviewed per month. In terms of workflow efficiency, the 250-page incremental size enables a manageable monthly production rate because it allows for the processing of records, quality assurance and subject matter expert reviews, stakeholder consultations, and the required pre-release FBI information security reviews. Additionally, the incremental size allows more requesters to receive information on a regular basis, rather than waiting until all pages responsive to their request are processed before receiving any responsive material at all.

The challenges described above are compounded by the resource burden of FOIA requests that are in litigation. Currently, there are approximately 485 FBI FOIPA pending litigation cases nationwide. The FBI is currently making interim releases of non-exempt records in 61 of the

pending lawsuits, processing over 35,000 pages per month on a rolling basis just in litigated requests alone. For every resource devoted to processing records in FOIPA lawsuits, fewer pages can be processed for requesters whose requests are pending at the administrative stage, resulting in the current size of the FBI's FOIA backlog. Therefore, because the FBI must carefully balance multiple competing demands to ensure the best use of its finite resources, the FBI respectfully requests the Court allow FBI to process at a rate of 250 pages/month in this matter.

### Plaintiff's Position

Plaintiff strongly objects to FBI's unilateral decision to cut its processing rate in half and ask this Court to bless that change based on unsworn evidence and no legal argument. As this Court is no doubt aware, FBI has submitted countless sworn declarations over the past decade attesting to how 500 pages/month is a reasonable processing rate, and it has convinced numerous judges to accept this determination. It cannot now change that position by fiat, especially given that the factors of which it now complains have been the status quo for most of that time. However, a status report is not the appropriate vehicle for extensive legal argumentation, and so Plaintiff instead asks this Court to order FBI to seek an *Open America* stay or otherwise formally seek this Court's leave to proceed at such a reduced rate by motion supported by admissible evidence and legal argument.

Given these updates, the parties believe that substantive summary judgment briefing and the filing of a *Vaughn* Index are premature. Pursuant to the court's December 10, 2025, Order, and absent any other Order by the Court, the parties will file their next Joint Status Report on April 8, 2026, to report on the status of FBI's processing and production.

| | |
|---|---|
| Dated: January 8, 2026 | Respectfully submitted, |
| */s/ Kelly B. McClanahan* <br> Kelly B. McClanahan, Esq. <br> D.C. Bar #984704 <br> National Security Counselors <br> 1451 Rockville Pike <br> Suite 250 <br> Rockville, MD 20852 <br> 501-301-4672 <br> 240-681-2189 fax <br> Kel@NationalSecurityLaw.org <br><br> *Attorneys for Plaintiffs* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: */s/ Erika Oblea* <br> ERIKA OBLEA, D.C. Bar #1034393 <br> Assistant United States Attorney <br> 601 D Street NW <br> Washington, DC 20530 <br> (202) 252-2567 <br> erika.oblea@usdoj.gov <br><br> *Attorneys for the United States of America* |