UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

       Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 25-2430 (JMC)

**JOINT STATUS REPORT**

Pursuant to the Court's December 10, 2025, Order, Plaintiff Jeffrey Stein and Defendant Department of Justice, by and through the undersigned counsel, respectfully file this Joint Status Report in this Freedom of Information Act ("FOIA") matter.

This case concerns Plaintiff's (1) May 28, 2020 FOIA request to Federal Bureau of Investigation ("FBI") for "all information maintained or controlled by FBI mentioning Mr. Stein, including but not limited to emails mentioning his name sent or received" by certain officials, which was assigned 1467530-000, and later 1467530-001; and (2) October 14, 2023, FOIA request to the FBI for "ALL tabs of [the FOIA Document Processing System], including empty ones, associated with his FOIA Request No. 1467530 (including all numbers after the hyphen, e.g. -000, -001, -002)" Compl. ¶¶ 7, 10, 16, 60, ECF No. 1.

The parties incorporate their positions as laid out in the parties' Joint Status Report dated January 8, 2026 (ECF No. 9).

Since the last Joint Status Report, FBI has completed its initial responsiveness review of the records and has begun processing. FBI reports that there are approximately over 1,000 pages of potentially responsive records. FBI made its first release of nonexempt portions of responsive

records on March 31, 2026. In that release, FBI reviewed 262 pages and released 228 pages. FBI anticipates continuing processing at least 250 pages per month until all records are reviewed and expects to make its next production of nonexempt portions of responsive records on April 30, 2026.

Given these updates, the parties believe that substantive summary judgment briefing and the filing of a *Vaughn* Index are premature. Pursuant to the Court's December 10, 2025, Order, the parties will file their next Joint Status Report on July 7, 2026, to report on the status of FBI's processing and production.

Dated: April 8, 2026

Respectfully submitted,

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*