UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

        Plaintiff,

    v.                                                   Civil Action No. 25-2430 (JMC)

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's December 10, 2025, Order, Defendant Department of Justice, by and through the undersigned counsel, respectfully files this Status Report in this Freedom of Information Act ("FOIA") matter. As of this filing, undersigned counsel for Defendant has not received communication from Plaintiff's counsel as to whether he approves the filing of a joint status report. Undersigned counsel for Defendant called Plaintiff's counsel once and emailed him three separate times in the afternoon of July 7, 2026, and did not receive a response from Plaintiff's counsel as of this filing. Accordingly, undersigned counsel for Defendant files the following status report on behalf of the Defendant only.

This case concerns Plaintiff's (1) May 28, 2020 FOIA request to Federal Bureau of Investigation ("FBI") for "all information maintained or controlled by FBI mentioning Mr. Stein, including but not limited to emails mentioning his name sent or received" by certain officials, which was assigned 1467530-000, and later 1467530-001; and (2) October 14, 2023, FOIA request to the FBI for "ALL tabs of [the FOIA Document Processing System], including empty ones, associated with his FOIA Request No. 1467530 (including all numbers after the hyphen, e.g. -000, -001, -002)" Compl. ¶¶ 7, 10, 16, 60, ECF No. 1.

Since the last Joint Status Report, FBI made its second release of nonexempt portions of responsive records on April 30, 2026. In that release, FBI reviewed 262 pages and released 228 pages in part. FBI made its third release of nonexempt portions of responsive records on May 31, 2026. In that release, FBI reviewed 262 pages and released 228 pages in part. FBI made its fourth release of nonexempt portions of responsive records on June 30, 2026. In that release, FBI reviewed 262 pages and released 228 pages in part. The FBI completed its productions in this case other than the outstanding consultations. The FBI will process and release any non-exempt, segregable portions of the consultations when it receives them back.

FBI assessed fees in the final amount of $38.00, of which Plaintiff has not yet paid. The FBI did not halt production pending the receipt of fees. In this light, it is FBI's position that it would promote judicial efficiency to brief any issues regarding the fees assessment simultaneously with any issues with the production, once the consultation process is complete.

Given these updates, Defendant believes that substantive summary judgment briefing and the filing of a *Vaughn* Index are premature. Pursuant to the Court's December 10, 2025, Order, Defendant expects the parties will file their next Joint Status Report on October 5, 2026, to report on the status of FBI's processing and production.

Dated: July 7, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Erika Oblea*
    ERIKA OBLEA, D.C. Bar #1034393
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2567
    erika.oblea@usdoj.gov

*Attorneys for the United States of America*