UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

      Plaintiff,

  v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-2430 (JMC)

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

      The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Brett S. Covington and remove the appearance of Assistant United States Attorney Erika Oblea as

counsel for Defendant in the above-captioned case.

Dated:  July 12, 2026

Respectfully submitted,

By:  */s/ Brett S. Covington*
    BRETT S. COVINGTON
    D.C. Bar #1003835
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-0888
    Brett.Covington@usdoj.gov

    *Counsel for Defendant*