UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-2430 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 10, 2025 Order, Plaintiff Jeffrey Stein ("Plaintiff") and Defendant Department of Justice ("Defendant"), by and through their undersigned counsel, respectfully submit this joint status report in this Freedom of Information Act ("FOIA") action. The parties report, as follows:

This case concerns Plaintiff's (1) May 28, 2020 FOIA request to the Federal Bureau of Investigation ("FBI") for "all information maintained or controlled by FBI mentioning Mr. Stein, including but not limited to emails mentioning his name sent or received" by certain officials, which was assigned 1467530-000, and later 1467530-001; and (2) October 14, 2023, FOIA request to the FBI for "ALL tabs of [the FOIA Document Processing System], including empty ones, associated with his FOIA Request No. 1467530 (including all numbers after the hyphen, e.g. -000, -001, -002)" Compl. ¶¶ 7, 10, 16, 60, ECF No. 1.

Since the last status report was filed on July 7, 2026, ECF No. 11, the FBI provided a release of records returned by other government agencies consisting of 10 pages reviewed and 10 pages of released records on July 31, 2026. The FBI provided a release of records returned by other government agencies consisting of 3 pages reviewed and 1 page of released records on

August 31, 2026. The FBI will process and release any non-exempt, segregable portions of the consultations when it receives the consulted material back from consulting agencies.

Plaintiff states that he requests the Court to order Defendant to disclose the identity of the consulting government entities within seven days.

Defendant states that there is no basis for that request or for the Court to issue such an order and notes that the consultation process is moving forward as reflected above without the need for Court intervention.

Pursuant to the Court's December 10, 2025 Order, the parties will file their next joint status report on or by January 4, 2027, to report on the status of FBI's processing and production.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendant*